UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDDIE VENEGAS, | ) | NO. CV 10-4850 JHN (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| DOMINGO URIBE, JR., Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 12, 2011.

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE