# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE VENEGAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DOMINGO URIBE, JR., Warden,<br><br>　　　　　Respondent. | NO. CV 10-4850 JHN (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 12, 2011.

　　　　　　　　　　　　　　　　　　／s／ Jacqueline H. Nguyen
　　　　　　　　　　　　　　　　　　JACQUELINE H. NGUYEN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE